UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SANDOVAL, Individually, and on behalf of all others similarly situated, | Civil Action No. 7:18-cv-11796-kmk |
| Plaintiff, | |
| -against- | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| LINCOLN PROPERTY COMPANY COMMERCIAL, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record, that the above-captioned action shall be and hereby is dismissed without prejudice as to all parties. Each party shall bear his or its own attorneys' fees and costs.

| ABDUL HASSAN LAW GROUP, PLLC | LITTLER MENDELSON, PC |
|---|---|
| *[signature]* | *[signature]* |
| Abdul K. Hassan, Esq. | Tyler A. Sims, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Dated: November 21, 2019 | Dated: November 22, 2019 |

4849-5844-8289.8 095601.1003

SO ORDERED
*[signature]*
KENNETH M. KARAS U.S.D.J.
11/25/19